IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN KADOSHNIKOV ANATOLY,<br><br>  Plaintiff. | No. C 13-01691 EJD (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A COMPLAINT AND MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |

On April 15, 2013, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) Plaintiff has filed a letter requesting an extension of time. (Docket No. 4.) The Court construes Plaintiff's letter as a motion for extension of time, and **GRANTS** the request. Plaintiff shall file a complaint and an IFP application **within twenty-eight (28) days** from the filing date of this order. If Plaintiff fails to comply with this order, this action will be dismissed without further notice to Plaintiff.

DATED: 5/24/2013

EDWARD J. DAVILA
United States District Judge

Order Granting Motion for EOT to File Complaint and IFP
G:\PRO-SE\SJ.EJD\CR.13\01691Anatoly_eot-ifp&compl.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN KADOSHNIKOV ANATOLY, ) <br> ) <br> Plaintiff. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | | No. C 13-01691 EJD (PR) <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/24/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Anatoly Kadoshnikov**
G-56585
Avenal State Prison CDCR
P. O. Box 9
Avenal, CA 93204

DATED: _____5/24/2013_____
Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk