# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLY KADOSHNIKOV, | Case No. 1:13-cv-01071-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR TRANSFER |
| v. | (Doc. 22) |
| ROBERT CHAPNICK, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff Anatoly Kadoshnikov, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 15, 2013.  This action arises out of the medical care Plaintiff was provided with he was at Avenal State Prison.

Plaintiff is currently incarcerated at California Institution for Men in Chino, and on August 22, 2013, he filed a motion seeking an order transferring him to a different prison.  The Court has no jurisdiction to order prison officials to transfer Plaintiff to a different institution, and his motion is HEREBY DENIED.  18 U.S.C. § 3626(a)(1)(A); *Summers v. Earth Island Institute*, 555 U.S. 488, 493, 129 S.Ct. 1142 (2009); *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 559-61, 112 S.Ct. 2130 (1992); *Mayfield v. United States*, 599 F.3d 964, 969 (9th Cir. 2010).

IT IS SO ORDERED.

Dated:   **August 23, 2013**             /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE