# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLY KADOSHNIKOV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT CHAPNICK, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:13-cv-01071-LJO-SKO PC<br><br>ORDER DENYING MOTIONS FOR COUNSEL AND FOR TRANFSER<br><br>(Docs. 24, 25, and 26) |

Plaintiff Anatoly Kadoshnikov, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 15, 2013.  Plaintiff challenges his past conditions of confinement in Avenal State Prison with respect to medical care.

On August 22, 2013, August 26, 2013, and August 27, 2013, Plaintiff filed motions for the appointment of counsel and for a transfer to a different institution.  The Court has already considered and ruled on Plaintiff's motions for those forms of relief.  Plaintiff is referred to the orders filed on August 16, 2013, August 22, 2013, and August 23, 2013.  To the extent that Plaintiff believes he is in imminent danger at California Institution for Men, he has other avenues of relief available to him, including filing a petition for writ of habeas corpus in state court.  *E.g., In re Es*tevez, 83 Cal.Rptr.3d 479, 491 (Cal. Ct. App. 2008).  **However, the pendency of this action does not entitle Plaintiff to the relief he seeks**.  *E.g., Summers v. Earth Island Institute*,

///

555 U.S. 488, 493, 129 S.Ct. 1142, 1149 (2009); *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 559-61, 112 S.Ct. 2130 (1992); *Mayfield v. United States*, 599 F.3d 964, 969 (9th Cir. 2010).

For the reasons set forth therein, Plaintiff's motions for the appointment of counsel and for a transfer are HEREBY ORDERED DENIED.

IT IS SO ORDERED.

Dated:   **August 28, 2013**                    **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE